IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No.: 1:18-MJ-569 |
| | ) | Misdemeanor |
| v. | ) | |
| | ) | |
| ASIA A. COPELAND, | ) | Court Date: December 10, 2018 |
| | ) | |
| Defendant. | ) | |

## CRIMINAL INFORMATION

(COUNT I – Class A Misdemeanor - 7512709)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about October 4, 2018, at Marine Corps Base, Quantico, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, ASIA A. COPELAND, did unlawfully operate a motor vehicle while under the influence of alcohol.

(Violation of Title 18, United States Code, Section 13, assimilating Virginia Code, Section 18.2-266(ii), 1950, as amended)

(COUNT II – Petty Offense - 7512708)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about October 4, 2018, at Marine Corps Base, Quantico, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, ASIA A. COPELAND, did unlawfully consume an alcoholic beverage while driving a motor vehicle upon a public highway.

(Violation of Title 18, United States Code, Section 13, assimilating Virginia Code, Section 18.2-323.1(A), 1989, as amended)

(COUNT III – Petty Offense - 7512707)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about October 4, 2018, at Marine Corps Base, Quantico, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, ASIA A. COPELAND, did unlawfully operate a motor vehicle with brake lights that did not automatically exhibit a red or amber light plainly visible in clear weather from a distance of 500 feet to the rear of the vehicle when the brake is applied.

(Violation of Title 32, Code of Federal Regulation, Section 634.25(f), adopting Virginia Code, Section 46.2-1014, 1970, as amended)

Respectfully Submitted,

G. Zachary Terwilliger
United States Attorney

_____
Evan P. Clark
Special Assistant United States Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Criminal Information was mailed this _30_ day of November 2018 to the defendant's home of record.

By: _____
Evan P. Clark
Special Assistant United States Attorney
2100 Jamieson Ave
Alexandria, VA 22314
Phone: (703) 299-3706
Fax: (703) 299-3980
Evan.Clark@usdoj.gov