Prob 12 (10/09)
VAE (rev. 5/17)

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF VIRGINIA

U.S.A. vs. Asia Copeland                                Docket No. 1:18MJ569

### Petition on Probation

COMES NOW STANLEY LEIGH, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Asia Copeland, who was placed on supervision by the Honorable Michael S. Nachmanoff, United States Magistrate Judge sitting in the Court at Alexandria, Virginia, on the 25th day of February, 2019, who fixed the period of supervision at 6 months, and imposed the general terms and conditions heretofore adopted by the Court and also imposed special conditions and terms as follows:

### See Page 2

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**
See Attachment(s)

**PRAYING THAT THE COURT WILL ORDER** a summons to be issued directing that the offender appear before the Court to show cause why supervision should not be revoked.

**RETURNABLE DATE:** Aug. 20, 2019 @ 10AM

**ORDER OF COURT**

Considered and ordered this 2nd day of August, 2019 and ordered filed and made a part of the records in the above case.

/s/
Michael S. Nachmanoff
United States Magistrate Judge

Michael S. Nachmanoff
United States Magistrate Judge

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: Stanley Leigh
Digitally signed by Stanley Leigh
Date: 2019.08.01 15:21:34 -04'00'

Stanley E. Leigh
U.S. Probation Officer
703-299-2359

Place Alexandria, Virginia

**TO CLERK'S OFFICE**

**Petition on Probation**
Page 2
RE: Copeland, Asia

OFFENSE: Reckless Driving, in violation of 18 U.S.C. § 13 assimilating VA Code § 46.2-852.

SENTENCE: On February 25, 2019, Ms. Copeland was sentenced to a 6-month term of supervised probation with the following special conditions:

1. The defendant shall enter and successfully complete an alcohol education program as directed.

2. The defendant shall not operate a motor vehicle anywhere in the United States for a period of six (6) months except: a) to, from and as directly required by the defendant's employment, b) to and from the probation office, c) to and from the alcohol program, d) to and from this court, e) to and from medical appointments with a schedule approved in advance by probation.

3. The defendant shall pay the $150 fine and $25 special assessment within 30 days.

ADJUSTMENT TO SUPERVISION: Ms. Copeland resides alone in an apartment in the town of Quantico, and she is employed as a medical assistant by Advanced Spine and Pain in Stafford, Virginia. On April 30, 2019, the defendant completed an intake with the Bull Run Alcohol Safety Action Program (ASAP). The defendant has not paid the monetary penalties in this case.

A recent records check did not reveal any warrants or new arrests, and her Virginia operator's license is suspended.

VIOLATIONS: The following violations are submitted for the Court's consideration.

**SPECIAL CONDITION:**          **FAILURE TO COMPLETE ALCOHOL TREATMENT.**

On July 16, 2019, this officer received correspondence from the ASAP program indicating the defendant was unsuccessfully discharged from alcohol treatment on July 12, 2019.

**SPECIAL CONDITION:**          **FAILURE TO PAY THE FINE AND SPECIAL ASSESSMENT WITHIN 30 DAYS.**

As of this writing, Ms. Copeland has not paid the monetary penalties imposed in this case.

SEL/smk